JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONDON FINANCE GROUP, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>SP CAPITAL PARTNERS, INC., RYAN MATTERA, and DOES 1 through 100, Inclusive,<br><br>Defendants. | ) | CASE NO. 2:11-CV-01708-GAF (JCx)<br><br>JUDGMENT BY COURT AFTER DEFAULT |

This cause came on to be heard before the Honorable Gary Allen Fees, presiding in Courtroom 740. Pursuant to the Court's Order dated October 13, 2011, the default of defendant SP CAPITAL PARTNERS, INC., having been duly entered and evidence having been introduced before this Court:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff LONDON FINANCE GROUP, LTD. recover from defendant SP CAPITAL PARTNERS, INC. the principal sum of $1,326,150.00 with plaintiff's costs and disbursements in an amount to be established pursuant to the procedure set forth in Local Rule 54-3.

DATED: October 21, 2011

Honorable Gary Allen Fees
United States District Judge