UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BILL OF COSTS DEFICIENCY NOTICE

Please refer to the Court's website at *www.cacd.uscourts.gov* for local rules, forms, and Bill of Costs Handbook.

Upon submission of the document(s) entitled _____ submitted on _____ for case number _____, case name _____, the following deficiencies were noted:

☐ F.R.Civ.P. 54(d)(1) and L.R. 54-2: Prevailing party entitled to costs. No record of judgment or identification of prevailing party was made.

☐ L.R. 54-3.1: Scheduled for incorrect day of week. Bill of Costs hearings are held on Thursdays. Counsel is to re-notice the corrected hearing information.

☐ L.R. 54-3.2: Hearing should be noticed before the clerk's designee and not the judge. Counsel is to re-notice the corrected hearing information.

☐ L.R. 54-3.2: Scheduled for incorrect time of day. Counsel is to re-notice the corrected hearing information.

☐ 29 U.S.C. § 1920 and L.R. 54-3: Counsel is to prepare the Bill of Costs form and the Notice of Application to the Clerk to Tax Costs as two separate documents.

☐ Room number no longer required - location is "telephonic hearing". Counsel is to re-notice with the correct hearing location.

☐ No courtesy copies were submitted with your application. Counsel is to submit courtesy copies within 24 hours.

☐ Insufficient itemization and documentation has been submitted in support of the claims made in all categories. For costs to be considered, within 48 hours of this notice, counsel is to submit documentation that includes receipts, orders and stipulations of the parties and shall electronically serve such documentation on the opposing counsel.

```
Please refer to the Bill of Costs Handbook on the Court's
Website
```

By: _____    Date: _____

cc: Bill of Costs Clerk